190 So. 305

## Curt STINSON v. STATE.

### 4 Div. 99.

Supreme Court of Alabama.

June 29, 1939.

Thos. S. Lawson, Atty. Gen., and Prime F. Osborn, III, Asst. Atty. Gen., for the State.

Yarbrough & Beck, of Enterprise, opposed.

### PER CURIAM.

Petition of the State of Alabama, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Stinson v. State, 190 So. 303.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.